**DEPT. OF TRANSPORTATION v. FOX**

[327 N.C. 489 (1990)]

DEPARTMENT OF TRANSPORTATION v. BETTY M. FOX, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JERRY HASSEL FOX; CAROL F. LONG AND HUSBAND, JAMES A. LONG, III; VIRGINIA ELOISE CLARK AND HUSBAND, ROBERT THURMAN CLARK

No. 185A90

(Filed 8 November 1990)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 98 N.C. App. 61, 389 S.E.2d 640 (1990), awarding plaintiff a new trial in a condemnation action tried by *Read, J.*, at the 23 January 1989 Civil Session of Superior Court, PERSON County, in which judgment was entered on 8 February 1989 awarding defendants damages in the sum of $150,000.00 plus interest and costs. Heard in the Supreme Court 11 October 1990.

*Lacy H. Thornburg, Attorney General, by Thomas B. Wood and David R. Minges, Assistant Attorneys General, for plaintiff-appellee.*

*Maxwell & Hutson, P.A., by James B. Maxwell and John C. Martin, for defendant-appellants.*

PER CURIAM.

For the reasons stated in the opinion by Arnold, J., for the Court of Appeals, relating to the issue arising under *Power Co. v. Winebarger*, 300 N.C. 57, 265 S.E.2d 227 (1980), the decision of the Court of Appeals is affirmed.

Affirmed.